# EXHIBIT B

SUMMONS - CIRCUIT COURT     SCR 101(d)     3101 (Rev. 3/24)

\* 5 0 5 2 3 0 4 1

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## DU PAGE COUNTY, ILLINOIS

| | | |
|---|---|---|
| NIKOLA SENTEVSKI<br>_____<br>PLAINTIFF<br><br>VS<br><br>TRANSAMERICA CORPORATION<br>_____<br>DEFENDANT | **2025CH000109**<br>_____<br>**CASE NUMBER**<br><br><br>**SUMMONS**<br>**CIRCUIT COURT**<br>☒ ORIGINAL ☐ ALIAS | <br><br><br><br><br><br><br>File Stamp Here |

To each defendant: Transamerica Corp., c/o CT Corporation, 208 LaSalle Street, Suite 814, Chicago, Illinois 60604-1101

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of the Circuit Court, 505 N. County Farm Road, Wheaton, Illinois, within 30 days after service of this summons not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

You are a party to a civil matter. Read all documents attached to this Summons. Typically, this means you must file an official document with the court, within the time stated on this Summons, called an "Appearance" and a document called an "Answer/Response". Note the Answer/Response is not required for small claims and eviction cases unless ordered by the court. If these documents are not filed on time the court may decide the case without hearing from you, and you could be held in default and lose the case.

Documents must be filed electronically with the court (e-filed), which requires an account be created with an Illinois e-filing service provider, see ilcourts.info/efiling. If you are unable to e-file, you can obtain an exemption that allows filing in-person or by mail.

You may be charged filing fees. If you are unable to pay them, you can file an Application for Waiver of Court Fees. A judge will rule on your eligibility for a fee waiver.

The court may allow you to attend the first court date in this case by videoconference. Visit 18thjudicial.org to find the Zoom link for this case on your court date. Contact the Circuit Court Clerk's office at (630)407-8700 for more information.

Need more help? Visit ilcourthelp.gov or call/text Illinois Court Help at (833)411-1121 for information about going to court, including how to fill out legal documents. Also, free legal information and referrals are available at illinoislegalaid.org. Document forms referred to in this Summons can be found at 18thjudicial.org or ilcourts.info/forms.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al (833)411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

### To the Officer

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of remote appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Date of Service: _____
*To be inserted by officer on copy left with Defendant or other person.*

Name Matthew R. Hess    ☐ Pro Se
DuPage Attorney Number: 359304
Attorney for: Petitioner
Address: 1315 Macom Drive, Suite 202
City/State/Zip: Naperville, Illinois 60564
Telephone Number: 847-367-6990
Email: mhess@hesslawfirm.com

WITNESS: **CANDICE ADAMS**, Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, at Illinois.

DATE: 5/5/2025 2:57 PM
KS

Clerk of the Eighteenth Judicial Circuit



(Rev 3/24)

\* 5 0 5 2 3 0 4 1

## SUMMONS RETURN

I certify that I served this summons on defendant as follows:

☐ (a) Individual - personal:
By leaving a copy and a copy of the complaint with each individual personally.

☐ (b) Individual - abode:
By leaving a copy and a copy of the complaint at the usual place of abode of each individual with a person of the family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and the complaint in a sealed envelope with postage fully prepaid, addressed to each individual at the usual place of abode.

☐ (c) Corporate:
By leaving a copy and a copy of the complaint with the registered agent, officer, or agent of each corporation.

☐ (d) Other Service: _____

☐ (e) Unable to Serve: _____

Name of Defendant _____     Name of Defendant _____
Name of Person                                 Name of Person
Summons Given to _____       Summons Given to _____
Sex _____ Race _____ Approx. Age _____      Sex _____ Race _____ Approx. Age _____
Place of Service _____       Place of Service _____
City/State _____             City/State _____
Date of Service _____ Time _____         Date of Service _____ Time _____

Special Process Server of _____
By _____ Illinois License Number _____

Sheriff of _____ County
By _____ Deputy Badge Number _____

Sheriff's Fees
    Service and Return .................................................. $ _____
    Miles _____ ............................................................ $ _____

    **Total** ....................................................................... $ _____

SUMMONS - CIRCUIT COURT     SCR 101(d)



3101 (Rev. 3/24)

\* 5 0 5 2 3 0 4 1 \*

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## DU PAGE COUNTY, ILLINOIS

| NIKOLA SENTEVSKI | 2025CH000109 | |
|---|---|---|
| PLAINTIFF | **CASE NUMBER** | |
| VS | | |
| TRANSAMERICA CORPORATION | **SUMMONS** **CIRCUIT COURT** | |
| DEFENDANT | ☒ ORIGINAL ☐ ALIAS | File Stamp Here |

To each defendant: Transamerica Corp., c/o CT Corporation, 208 LaSalle Street, Suite 814, Chicago, Illinois 60604-1101

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of the Circuit Court, 505 N. County Farm Road, Wheaton, Illinois, within 30 days after service of this summons not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

You are a party to a civil matter. Read all documents attached to this Summons. Typically, this means you must file an official document with the court, within the time stated on this Summons, called an "Appearance" and a document called an "Answer/Response". Note the Answer/Response is not required for small claims and eviction cases unless ordered by the court. If these documents are not filed on time the court may decide the case without hearing from you, and you could be held in default and lose the case.

Documents must be filed electronically with the court (e-filed), which requires an account be created with an Illinois e-filing service provider, see ilcourts.info/efiling. If you are unable to e-file, you can obtain an exemption that allows filing in-person or by mail.

You may be charged filing fees. If you are unable to pay them, you can file an Application for Waiver of Court Fees. A judge will rule on your eligibility for a fee waiver.

The court may allow you to attend the first court date in this case by videoconference. Visit 18thjudicial.org to find the Zoom link for this case on your court date. Contact the Circuit Court Clerk's office at (630)407-8700 for more information.

Need more help? Visit ilcourthelp.gov or call/text Illinois Court Help at (833)411-1121 for information about going to court, including how to fill out legal documents. Also, free legal information and referrals are available at illinoislegalaid.org. Document forms referred to in this Summons can be found at 18thjudicial.org or ilcourts.info/forms.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al (833)411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

To the Officer

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of remote appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Date of Service: _____
To be inserted by officer on copy left with Defendant or other person.

Name Matthew R. Hess    ☐ Pro Se
DuPage Attorney Number: 359304
Attorney for: Petitioner
Address: 1315 Macom Drive, Suite 202
City/State/Zip: Naperville, Illinois 60564
Telephone Number: 847-367-6990
Email: mhess@hesslawfirm.com

WITNESS: **CANDICE ADAMS**, Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, at Illinois.

DATE _Candice Adams_
5/5/2025 2:57 PM
KS

Clerk of the Eighteenth Judicial Circuit

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS



(Rev 3/24)

\* 5 0 5 2 3 0 4 1 \*

## SUMMONS RETURN

I certify that I served this summons on defendant as follows:

☐ (a) Individual - personal:
By leaving a copy and a copy of the complaint with each individual personally.

☐ (b) Individual - abode:
By leaving a copy and a copy of the complaint at the usual place of abode of each individual with a person of the family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and the complaint in a sealed envelope with postage fully prepaid, addressed to each individual at the usual place of abode.

☐ (c) Corporate:
By leaving a copy and a copy of the complaint with the registered agent, officer, or agent of each corporation.

☐ (d) Other Service: _____

☐ (e) Unable to Serve: _____

Name of Defendant _____        Name of Defendant _____
Name of Person                               Name of Person
Summons Given to _____         Summons Given to _____
Sex _____ Race _____ Approx. Age _____    Sex _____ Race _____ Approx. Age _____
Place of Service _____         Place of Service _____
City/State _____               City/State _____
Date of Service _____ Time _____       Date of Service _____ Time _____

Special Process Server of _____
By _____ Illinois License Number _____

Sheriff of _____ County
By _____ Deputy Badge Number _____

Sheriff's Fees
    Service and Return ........................................... $ _____
    Miles ............................................................... $ _____

    Total ............................................................... $ _____

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS